NEW YORK, N. H. & H. R. CO., Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) In the matter of the application of the New York, New Haven & Hartford Railroad Company against the City of Mt. Vernon. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK & PENNSYLVANIA CO., Respondent, v. DEZEGO et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by the New York & Pennsylvania Company against Antonio Dezego and another. N. W. Kerngood, for appellants. J. T. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NICHOLLS, Respondent, v. WALLACE, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Mark M. Nicholls against Ruth A. Wallace. G. E. Rushmore, for appellant. G. T. Hogg, for respondent. No opinion. Order affirmed, without costs. Order filed.

NICHOLLS, Respondent, v. WALLACE, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Mark M. Nicholls against Ruth A. Wallace. G. E. Rushmore, for appellant. G. T. Hogg, for respondent. No opinion. Judgment and order reversed, as against the weight of evidence, and new trial ordered; costs to appellant to abide event.

NORDSTROM, Appellant, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Marie U. Nordstrom against the Sun Printing & Publishing Association. A. F. Clark, for appellant. S. Gerard, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

NORTHERN BANK OF NEW YORK, Respondent, v. FITZGERALD BRICK CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by the Northern Bank of New York against the Fitzgerald Brick Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

NORTON & GORMAN CONTRACTING CO., Respondent, v. UVALDE ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the Norton & Gorman Contracting Company against the Uvalde Asphalt Paving Company. No opinion. Judgment affirmed, with costs.

119 N.Y.S.—72

NORTON & GORMAN CONTRACTING CO., Respondent, v. UVALDE ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by the Norton & Gorman Contracting Company against the Uvalde Asphalt Paving Company. No opinion. Motion denied, without costs.

NYLIN, Respondent, v. QUEENS BOROUGH GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Ivar Nylin against the Queens Borough Gas & Electric Company. No opinion. Judgment and order unanimously affirmed, with costs.

OBECNY, Respondent, ·v. GOETZ, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Barbara Obecny against Kunigunda Goetz. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 118 N. Y. Supp. 832.

O'BRIEN, Respondent, v. A. SCHRADER'S SONS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Mamie O'Brien, an infant, by James O'Brien, her guardian ad litem, against A. Schrader's Sons, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

OLDS, Respondent, v. OOTHOUDT, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Perry M. Olds against Myron H. Oothoudt. No opinion. Judgment and order unanimously affirmed, with costs.

OLSEN, Respondent, v. GILBERT, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Henry A. Olsen against Annie Gilbert. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re O'REILLY. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) In the matter of the application to revoke the letters testamentary issued to Frank E. O'Reilly, as executor of Arthur J. Heaney, deceased. (No. 1.) No opinion. Appeal dismissed, with $10 costs and disbursements. See, also, 132 App. Div. 897, 116 N. Y. Supp. 1142, 1143; 118 N. Y. Supp. 1128.

In re O'REILLY. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) In the matter of the application to revoke the letters testamentary issued to Frank E. O'Reilly, as executor of Arthur J. Heaney, deceased. (No. 2.) No opinion. Appeal dismissed, with $10 costs and disbursements. See, also, 132 App. Div. 897, 116 N. Y. Supp. 1142, 1143; 118 N. Y. Supp. 1128.